In the Matter of the Estate of FERDINAND HIRSCH, Deceased. EDWARD K. JONES, Appellant; MINNIE F. HIRSCH et al., Respondents.

*Matter of Hirsch*, 112 App. Div. 914, affirmed.
(Argued June 4, 1906; decided June 12, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 20, 1906, which affirmed an order of the New York County Surrogate's Court denying a motion to vacate an execution for the collection of costs ordered to be paid by the appellant herein personally in a proceeding for the removal of said

appellant as trustee of the estate of Ferdinand Hirsch, deceased.

*Charles Haldane* and *David McClure* for appellant.

*George Thoms* for respondents.

*Per Curiam.* Section 2554 of the Code of Civil Procedure authorizes the issuance of an execution to enforce the payment of moneys directed by the decree of a Surrogate's Court, whether the sum to be paid consist in costs alone, or otherwise. *Matter of Humfreville,* (154 N. Y. 115), decided, under section 2555 of the Code, that a decree of that court for the payment of costs could not be enforced by imprisonment, in proceedings to punish for contempt; the ground for the decision being that section 15 of the Code forbade, generally, the enforcement of a decree for costs by imprisonment. That case, therefore, has no application to the present one.

The order should be affirmed, with costs.

CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ., concur.

Order affirmed.